UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DALE W. STINE, JR.,

                    Plaintiff,                  ORDER

       v.                                  Case No. 12-cv-264-wmc

UNITED STATES POSTAL SERVICE,

                    Defendant.

---

In light of plaintiff's failure to prosecute or respond to the court's order of July 30, 2012 (dkt. #8), this case is hereby dismissed with prejudice. Plaintiff may move to reopen for good cause shown.

Entered this 14th day of August, 2012.

                                              BY THE COURT:

                                              /s/

                                              _____

                                              William M. Conley
                                              District Judge