IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE W. STINE, JR.,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-264-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant United States Postal Service dismissing this case with prejudice.

_____       8/15/12
Peter Oppeneer, Clerk of Court             Date