IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE W. STINE, JR.,

       Plaintiff,                                                   JUDGMENT IN A CIVIL CASE

v.                                                                          Case No. 12-cv-264-wmc

UNITED STATES POSTAL SERVICE,

       Defendant.

---

       This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant United States Postal Service dismissing this

case with prejudice.


_____          _____
Peter Oppeneer, Clerk of Court                              Date